# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 20, 2015

## NO. 03-13-00400-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas, Appellant**

**v.**

**Ryan, LLC, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND GOODWIN
AFFIRMED IN PART; REVERSED AND RENDERED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on May 10, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in portions of the trial court's judgment. The Court affirms the trial court's judgment to the extent the trial court declared illegal and invalid the nine categories of transactional detail and supporting documentation requirements in subsection (a)(4)(A) and (C) of the 2011 rule and subsections (a)(4)(C) and (E) and the last sentence of subsection (e)(3) of the 2013 rule. We reverse the trial court's judgment to the extent that the trial court found other challenged provisions in the rule, as adopted in 2011 and as amended in 2013, illegal and invalid and render judgment declaring those provisions to be facially valid. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.